977 F.2d 568
 Kurz (Robert), a/k/a Kurz (Bob, Sr.), Kurz (Rosemary), t/a
Blue Line Cab, Kurz (Robert, Jr., Shawn, Steven, Margaret M.)
v.
Mairone (Anthony), Altimari (Angelo), Scarcelli (John),
Piccone (Paul, Steven, X.), Bolot (Ellis), Finn (Pat,
Barney, Joseph, James), Smith (William), John Doe #1, John
Doe #2, Active Auto Sales, Inc., Kutner Buick, Inc., Brown
(George), Orthodox Auto Company, Inc., Bankhead (John),
Slivak (Steven), Anderson (Pernell), Ruffling (Vincent), Abel (James),
 NO. 92-1399
 United States Court of Appeals,
Third Circuit.
 Sept 11, 1992
 
 Appeal From: E.D.Pa.,
 Kelly, J.
 
 
 1
 AFFIRMED.